No. 207. LAND, CHAIRMAN OF THE UNITED STATES MARITIME COMMISSION, ET AL. *v.* DOLLAR ET AL. April

7, 1947. Certiorari, 329 U. S. 700, to the District Court of the United States for the District of Columbia. Order of this Court substituting new members of the Maritime Commission as petitioners vacated so that the District Court may consider motions for substitution on remand. See *ante*, p. 731.